AO 247 (02/08) Order Regarding Motion for Sentence Reduction                                                                                      AOM/jw

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF MISSISSI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 16 2008
J. T. NOBLIN, CLERK
BY _____ DEPUTY

United States of America )
v. )
GREGORY CHAMPION ) Case No: 3:96cr39WN-002
) USM No: 04304-043
Date of Previous Judgment: 10/04/1996 ) George Lucas, Federal Public Defender's Office
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **210 months** months is reduced to **168 months *** .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 37                     Amended Offense Level: 35
Criminal History Category: I                   Criminal History Category: I
Previous Guideline Range: 210 to 262 months    Amended Guideline Range: 168 to 210 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
* If this sentence is less than the amount of time the defendant has served, defendant's sentence is reduced to TIME SERVED.

Except as provided above, all provisions of the judgment dated 10/04/1996 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/17/2008                         _Henry T. Wingate_
                                               Judge's signature

Effective Date: 03/27/2008                     Henry T. Wingate, Chief U.S. District Judge
(if different from order date)                 Printed name and title